# Exhibit 2

v.
The Partnerships and Unincorporated Associations Identified in Schedule A

**Schedule A and Seller Storefronts**

| Defendant No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| 1 | Bruce Anli SHOP | https://www.tiktok.com/shop/store/bruce-anli-shop/7496200017884580567?source=product_detail&enter_from=product_detail&enter_method=product_info_right_shop&first_entrance=301 |
| 2 | Chenterr | https://www.tiktok.com/shop/store/chentter/7496016382078978934?source=product_detail&enter_from=product_detail&enter_method=product_info_right_shop&first_entrance=301 |
| 3 | glam auro Accs | https://www.tiktok.com/shop/store/glam-aura-accs/7495999892555074380?source=product_detail&enter_from=product_detail&enter_method=product_info_right_shop |
| 4 | Pavillian Shop | https://www.tiktok.com/shop/store/pavillian-shop/7495801285591600121?source=product_detail&enter_from=product_detail&enter_method=product_info_right_shop&first_entrance=301 |
| 5 | Prime Smart Goods | https://www.tiktok.com/shop/store/prime-smart-goods/7496235912044120189?source=product_detail&enter_from=product_detail&enter_method=product_info_right_shop&first_entrance=301 |
| 6 | Scientific Sleep | https://www.tiktok.com/shop/store/scientific-sleep/7496099085839075958?source=product_detail&enter_from=product_detail&enter_method=product_info_right_shop |
| 7 | Sleep Zebra | https://www.tiktok.com/shop/store/sleep-zebra/7495813707726556111?source=product_detail&enter_from=product_detail&enter_method=product_info_right_shop&first_entrance=301 |
| 8 | Yilift | https://www.tiktok.com/shop/store/yilift/7496271596411587501?source=product_detail&enter_from=product_detail&enter_method=product_info_right_shop&first_entrance=301 |